THE KNICKERBOCKER LIFE INSURANCE COMPANY, Respondent, v. PHILIP LEVY, Appellant, Impleaded with others.

Order affirmed, with $10 costs, and disbursements, on the opinion of Barrett, J., in *Knickerbocker Life Ins. Co.* v. *Clark* (reported *ante*, p. 506).

THE KNICKERBOCKER LIFE INSURANCE COMPANY, Respondent, v. GEORGE W. NELSON and GEORGE W. RODERICK and others, Appellants.

Order affirmed, with $10 costs, and disbursements, on the opinion of Barrett, J., in *Knickerbocker Life Ins. Co.* v. *Clark* (reported *ante*, p. 506).

ANNA D. ANTHONY, Appellant, v. HENRY DAY and another, Respondents.

Judgment affirmed, with costs, on the opinion of Van Brunt, J.

In the Matter of MICHAEL H. CASHMAN; to Vacate an Assessment, &c.

Order affirmed, with $10 costs, and disbursements, on consideration of the evidence.

JOHN H. BROWN v. ERNEST STEIGER.

Motion for re-argument denied, without costs.

MICHAEL MOLOUGHNEY, Jr., Respondent, v. JOHN C. KAVANAGH, Appellant.

Order reversed, with $10 costs, and disbursements of appeal, and motion granted, with $10 costs, on the usual stipulation not to sue. Opinion Per Curiam.

GUSTAVE SHIFF, Respondent, v. EXPERIENCE W. FREEMAN and others, Appellants.

Order reversed, with $10 costs, and disbursements; motion to continue injunction denied, and temporary injunction dissolved. Opinion by Barrett, J.